

**ORIGINAL**

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LARRY L. BUTRICK #3910
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: larry.butrick@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 4 2006
at 8 o'clock and 46 min. A.M
SUE BEITIA, CLERK

**LODGED**
FEB 0 8 2006
3:02pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00165 HG |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL; |
| | ) | EXHIBITS A and B |
| vs. | ) | |
| | ) | |
| ROBERT CRUZ AGUIGUI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against defendant ROBERT CRUZ AGUIGUI on the ground that defendant died pending sentencing (Exhibits A and B).

DATED: FEB 0 8 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By /s/ Larry L. Butrick
LARRY L. BUTRICK
Assistant U.S. Attorney

APPROVED AS TO FORM:

/s/ Alexander Silvert
ALEXANDER SILVERT
First Assistant Federal Public
  Defender
Counsel for Defendant

Leave of court is granted for the filing of the foregoing dismissal.

/s/ Helen Gillmor
HELEN GILLMOR
CHIEF UNITED STATES DISTRICT JUDGE

United States v. Robert Cruz Aguigui
Cr. No. 05-00165 HG
Order for Dismissal

2