**CERTIFICATE OF DEATH**

STATE OF HAWAII
DEPARTMENT OF HEALTH



CERTIFICATE NO. 151 2006 - 000159

Name of Decedent
Robert   Benny Cruz   Aquiqui

| City, Town or Location of Death | County of Death | Island of Death |
|---|---|---|
| KAPOLEI | HONOLULU | OAHU |

| Date of Death | Time of Death | Date of Birth | Age at Death |
|---|---|---|---|
| January 04, 2006 | 01:21 PM | January 22, 1955 | 50   YEAR(s) |

| Sex | Race | Citizenship | Ever in Armed Forces? |
|---|---|---|---|
| MALE | Chamorro | USA | NO |

| Social Security Number | Marital Status | Surviving Spouse (If Wife, Name Prior to First Marriage) |
|---|---|---|
| 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 | MARRIED | Dorothea Hideko Tome |

Father's Name
Elias San Nicolas Aquiqui

Mother's Name (Prior to First Marriage)
Julia Cruz

─ Disposition ─
CREMATION                Cemetery/Crematory: WINDWARD CREMATORY
Date: January 13, 2006         Location: KANEOHE, HAWAII 96744
Permit #: 2006000159         Funeral Home: HAWAIIAN MEMORIAL PARK MORTUARY

Certifier: PAUL LADERTA, M.D.   PRIVATE PHYSICIAN
Date Signed: January 10, 2006
Date Pronounced Dead: January 4, 2006        Time Pronounced Dead: 1:21 PM
Cause of Death:
a. RESPIRATORY FAILURE
b. S/P TRACHEOSTOMY
c. STENOSIS OF THE TRACHEA

Manner of Death: NATURAL CAUSES

EXHIBIT A

Date Filed by State Registrar: January 12, 2006

OHSM 1.2 (Rev.1/06)        This copy serves as prima facie evidence of the fact of death in any court proceeding. [HRS 338-13(b), 338-19]

**ANY ALTERATIONS INVALIDATE THIS CERTIFICATE**