# Funeral Notices

[HONOLULUADVERTISER.COM]

A30 | Sunday, January 15, 2006    The Honolulu Advertiser

## ROBERT BENNY CRUZ AGUIGUI

Age 59, of Kapolei, passed away on January 4, 2006 at his residence. He was from January 22, 1965 in Guam. He was a Environmental Supervisor at Pearl Harbor Naval Base. He is survived by his wife, Dorothea "Dot" Aguigui; son, Richard (Sandy King) Buenas; daughter, Kristy (Jason Guzman) Dueñas; brother, Jesus Aguigui; sisters, Rosario Aguigui, Doris Sake, Maria Nedlic, grandchildren, Johnathan, Hunter, Mahana & Shaunara.

MEMORIAL SERVICES OVER HIS ASHES, FRIDAY, JANUARY 20TH, HAWAIIAN MEMORIAL PARK MORTUARY. VISITATION 5:30 PM, SERVICES 7 PM. INURNMENT OF THE ASHES, SATURDAY, JANUARY 21ST, HAWAIIAN MEMORIAL PARK CEMETERY AT 10:00 AM. THE FAMILY REQUESTS THAT CASUAL ATTIRE BE WORN, AND FLOWERS BE OMITTED.

Entrusted to Hawaiian Memorial Park Mortuary

## RAYMOND FREDERICK CAIN
### Award-Winning Landscape Architect

Born in Illinois in 1937, Raymond Frederick Cain passed away November 11, 2005 at age 68 on the mainland after a long battle with leukemia. He is survived by his wife, Lois Kiehl Cain; sister, Carol J. Cain; and nephews, Mitchel Beal and Thomas Beal.

Cain was Principal Landscape Architect with Belt Collins Hawaii Ltd., a Honolulu-based planning, engineering, landscape architecture, and environmental consulting firm. He came to Hawaii in 1966 to head the new Landscape Architecture Department of Belt Collins and specialized in resort and recreation area design, residential land planning, landscape development, and golf course design and development. In recent years, he took great interest in the art of "healing gardens" for health care and elderly care facilities.

During his 39-year career with Belt Collins, Cain helped establish and promote six Belt Collins offices in Asia and the mainland United States and created designs for landscape projects in more than 50 countries. Many of his projects were local, national and international award-winners. One of his most notable projects was the design of the original Francis H. I'i Brown Golf Course at Mauna Lani Resort on the Big Island of Hawaii, which lays claim to one of the most photographed over-the-water golf holes in the world – the famed par three signature 15th. He was a member of the College of Fellows of the American Society of Landscape Architects (ASLA).

Celebration of Life, Saturday, January 21, 2006, 8:00 a.m. Outrigger Canoe Club. Casual attire. In lieu of flowers, donations can be made to the "Raymond F. Cain Scholarship Fund" (2153 North King Street, Suite 206, Honolulu, HI 96819-4554) to be used for scholarships in landscape architecture.

Let us help find the words
No one knows the pain of losing a loved one more than those who have experienced it. To place a paid death notice, call 525-8111.    The Honolulu Advertiser

## PEGGY J. WESTERNOFF
### October 18, 1942 - January 9, 2006

On Monday, January 9, Peggy, our beautiful devoted mom and wife, passed away at her Moraga California home, where she had resided for the last two years while being treated for breast cancer. She was 63 years of age. Peggy Jean Plummer was born in Oakland California, and grew up in Alameda, California. On June 19, 1965 she married Gary Westernoff and lived in Iowa, New Jersey, and had residences in Moraga, California and Honolulu, Hawaii.

She will be missed by her husband Gary; sons Thomas and John; daughter-in-laws Karen and Tara; grandsons Troy and Tristan; and by many other relatives and friends.

Peggy spent most of her career at the Atomic Energy Commission, Berkeley, California, and Futures Explored, Lafayette, California. After retiring Peggy and Gary returned to Honolulu, Hawaii where she was very active in the Hawaii Nei Cancers. She was a talented artist and leaves behind many fine paintings and drawings. She also enjoyed collecting cartoons and making novelty items for friends and relatives. Family cruises, travelling, and her ability to make people smile have left us all with treasured memories.

A MEMORIAL SERVICE WILL BE HELD ON SUNDAY JANUARY 22, 2006 AT 3:00 P.M. AT ST. MARKS METHODIST CHURCH, 451 MORAGA WAY, ORINDA, CALIFORNIA 94563. THIS MEMORIAL SERVICE WILL BE FOLLOWED BY A CELEBRATION OF HER LIFE BEING HELD AT MIRAMONTE GARDENS CLUB HOUSE, 1 MIRAMONTE DRIVE, MORAGA, CALIFORNIA 94556.

Please come and share your memories of Peggy with us. There will be time during the service and celebration of her life for all those who wish to say a few words. In lieu of flowers the family suggests a tax-deductible donation to the Peggy Westernoff Memorial Fund C/O Futures Explored, 3547 Wilkinson Lane, Lafayette, California 94549.

---

### Funeral Services

**JAPAN MEMORIAL CORPORATION**
Buddhist merchandise & headstones supplier
Providing quality products & reliable services for over 300 years including:
- Headstone Cleaning
- Gold Leaf Engraving
- New Engraving
- Pick-Up Bukudan

(808) 842-8111

### Cemetery Plots

HAWAIIAN Memorial, 2 plots, side-by-side, Meditation 2, $13,000. 543-9800 ext 7

Valley of Temples, 1 Plot w/side entombment crypts. Beamed Mother lot 45 sec C. Sold out area. $6999/obo. 221-7147

### Cemetery Plots

How'n. Mem'l
Meditation I, 1 plot, double-interm. incl. marker, $17K opening & closing. Value $21K, sell $17,000/obo. 753-5107

Valley of Temples
Akia A-302 in Alta Rest, holds 6 urns, $6000 949-4650

### The Honolulu Advertiser
Can help you reach those who matter most. For more information on placing a paid Notice, call the Honolulu Advertiser Classified Department at 521-9111.

EXHIBIT B